IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEROME EDWARD WASHINGTON                                                              PLAINTIFF

v.                               Case No. 4:24-cv-4021

DAVID P. COTTON; JASON MITCHELL;
JEFFIE WALKER; WAYNE EASLEY;
DANIEL HINES; KEITH MOORE;
GOLDEN ADAMS; OFFICER MILLER;
KEEGAN DAIGLE; STEVEN KING;
LISA DAVIDSON; and DAVID L. WHITT                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 16, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that certain claims in this matter be dismissed and that certain claims remain for further consideration. No parties have filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

The following claims are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted: Plaintiff's claims against Defendants Keegan Daigle, David P. Cotton, Jason Mitchell, Golden Adams, Officer Miller, and David Whitt. All claims against Defendants Jeffie Walker, Wayne Easley, Daniel Hines, Keith Moore, Steven King, and Lisa Davidson remain for further consideration and shall proceed for service.

**IT IS SO ORDERED**, this 23rd day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge