IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEROME EDWARD WASHINGTON                                      PLAINTIFF

v.                              Case No. 4:24-cv-4021

STEVEN KING and
NURSE LISA DAVIDSON                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation (ECF No. 74) filed May 15, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  Judge Singleton recommends that this case be dismissed with prejudice for failure to comply with the Court's orders and failure to prosecute this case.  *See* Fed. R. Civ. P. 41(b).  Judge Singleton notes that Plaintiff has failed to comply with multiple court orders and has been advised that his failure to comply would subject this case to dismissal with prejudice.  ECF No. 74, p. 5.

No party has filed objections to the Report and Recommendation (ECF No. 74), and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 74) in its entirety.  Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of June, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge